# UNITED STATES DISTRICT COURT
for the
## Northern District of West Virginia

FILED

SEP 1 7 2019

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

JOHN A. HAMILTON and JAQUELINE HAMILTON,

_____

*Plaintiff(s)*

v.

LEXINGTON INSURANCE COMPANY

_____

*Defendant(s)*

Civil Action No.  5:19-CV-241 _____

# JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award       ☐ Judgment costs       ☐ Other

This action was:

☐ tried by jury       ☐ tried by judge       ☒ decided by judge

decided by Judge   Frederick P. Stamp, Jr.

IT IS ORDERED that this civil action is REMANDED to the Circuit Court of Marshall County, WV, and DISMISSED and STRICKEN from the active docket of this Court.

Date:   September 17, 2019

*CLERK OF COURT*
Cheryl Dean Riley

By: _____

*Signature of Clerk or Deputy Clerk*